# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| LMI LEGACY HOLDINGS, INC., | ) Bk. No. 13-12098(CSS) |
| | ) BAP No. 19-30 |
| Debtor. | ) |
| | ) |
| _____ | ) |
| EDWARD L. LIPSCOMB, as Special | ) |
| GUC Trustee of the LMI GUC Trust, | ) |
| | ) |
| Appellant, | ) |
| | ) |
| v. | ) Civ. No. 19-887-CFC |
| | ) |
| CLAIRVEST EQUITY PARTNERS, | ) |
| LIMITED PARTNERSHIP, et al., | ) |
| | ) |
| Appellees. | ) |

## ORDER

At Wilmington this 27th day of June, 2019, having received a recommendation from Chief Magistrate Judge Mary Pat Thynge that this case be withdrawn from the mandatory referral for mediation and proceed through the appellate process of this court;

IT IS ORDERED that the recommendation is accepted and briefing on this bankruptcy appeal shall proceed in accordance with the following schedule:

1. Appellant's brief in support of the appeal is due on or before **July 26, 2019.**

2. Appellees' brief in opposition to the appeal is due on or before **August 30, 2019.**

3. Appellant's reply brief is due on or before **September 29, 2019.**

_____
United States District Judge